

Amy Sullivan Cahill
Cahill IP, PLLC
6013 Brownsboro Park Blvd.
Suite B
Louisville, Kentucky 40207
acahill@cahill-ip.com
Direct : 502-825-0220
Toll Free: 844-238-0755
Mobile: 502-619-4583

December 16, 2019

**VIA FEDERAL EXPRESS**

Amazon, Inc.
Legal Department- Subpoenas
300 Deschutes Way S.W.
Suite 304
Tumwater, WA 98501

<u>**WITHOUT PREJUDICE – ALL RIGHTS RESERVED**</u>

    **RE:**    Tempur Sealy International /Amazon.com seller "County Appliances" Infringements

Dear Sir or Madam:

    We represent Tempur Sealy International, Inc. ("Tempur Sealy") in intellectual property matters and are contacting you regarding Amazon.com seller "County Appliances." We provide this notice pursuant to Section 512 of Title 17 of the U.S. Code (as enacted by the Online Copyright Infringement Liability Limitation Act") to request that you immediately take action with respect to infringements that are occurring by seller "County Appliances" on Amazon.com. This notice is being provided to you as the party responsible for hosting the user's storefront.

    Based on the information at our disposal, we have a good faith belief that the material located on and/or being distributed from seller "County Appliances" is infringing Tempur Sealy's copyrights. The copyrighted works that have been infringed include those listed on Exhibit A, enclosed herein. Such copies, titles, listings, references, descriptions, depictions, and material that are the subject of infringing activities are hereinafter referred to as "Infringing Materials."

    Given the infringing activity, we urge you to cooperate with our efforts to protect Tempur Sealy's intellectual property rights and immediately do the following:

1. Immediately take steps to remove or disable access to all of the Infringing Materials;

2. Notify any seller who may have participated in reproducing or distributing the Infringing Materials that their conduct was illegal and could be subject to enforcement; and



Without Prejudice – All Rights Reserved
Amazon, Inc.
December 16, 2019

3. Take appropriate action against any responsible seller under the Abuse Policy/Terms of Service Agreement, including termination of repeat offenders under Section 512 (i) of Title 17 of the U.S. Code.

    I believe that the information in this notification is accurate.  Under penalty of perjury, I hereby affirm that I am authorized to act on Tempur Sealy's behalf whose exclusive copyright rights I believe to have been infringed as described herein.  By providing this notice, Tempur Sealy is not waiving its right to engage in other enforcement activities, and reserves all rights to do so at any time.

    Thank you for your cooperation and prompt response in this matter.

Sincerely,

Amy S. Cahill

Enclosure

cc:    Tempur Sealy International, Inc.

4832-0161-3227, v. 1

## EXHIBIT A

Internet screen shots of Amazon.com storefront of County Appliances, found at:

https://www.amazon.com/Tempur-Pedic-TEMPUR-Adapt-Cooling-Pillow-Queen/dp/B07H9GJL2S/ref=sr_1_1?m=A1LKHXQXHBANGC&marketplaceID=ATVPDKIKX0DER&qid=1576512129&refinements=p_4%3ASealy&s=merchant-items&sr=1-1



UNITED STATES DISTRICT COURT
WESTERN DISTICT OF KENTUCKY

In re DMCA Subpeona to Amazon, Inc.       )
                                          )
                                          )
                                          ) CIVIL ACTION NO. _____
                                          )
                                          )
                                          )

### DECLARATION OF AMY SULLIVAN CAHILL
### PURSUANT TO 17 U.S.C. § 512(h)

I, Amy Sullivan Cahill, the undersigned declare that:

1. I am an attorney licensed to practice law in the Commonwealth of Kentucky and am a member of Cahill IP, PLLC ("Cahill IP"), counsel for Tempur Sealy International, Inc. Cahill IP is authorized to act on behalf of Tempur Sealy International, Inc. on matters involving the infringement of their copyrights. This declaration is made in support of the accompanying Subpoena, pursuant to 17 U.S.C. § 512(h)(2)(c).

2. The purpose of the accompanying Subpoena is to obtain the identity of the alleged copyright infringer who is identified on the Subpoena. The information obtained will be used only for the purpose of protecting the rights granted to our clients, Tempur Sealy International, Inc., under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Louisville, Kentucky, on Monday, December 16, 2019.

_____
Amy Sullivan Cahill